UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NICOLE CHAPELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 10-cv-02603-WEB-KMH |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), at plaintiff's request, the parties hereby stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs.

MULLINS & BAYLARD, LLC

*/s/ Daniel J. Baylard*
Daniel J. Baylard          #78057
Mullins & Baylard, LLC
2008 NW South Outer Road
Blue Springs, MO  64015
T:  (816) 463-3010
Fax (816) 463-2708
dan@mullinsbaylard.com
**Attorney for Plaintiff**

ARMSTRONG TEASDALE LLP

*s/ Meredith J. Rund*
Meredith J. Rund          #19977
2345 Grand Boulevard, Suite 2000
Kansas City, Missouri 64108-2617
(816) 221-3420
(816) 221-0786 (facsimile)
mrund@armstrongteasdale.com
**Attorneys for UPS**